# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>TRAVIS TAYLOR<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  1:23CR-118

J. BARRETT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TRAVIS TAYLOR                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) - Possession of Child Pornography

Date:     12/06/2023              _s/A. Hill, deputy clerk_
                                                                *Issuing officer's signature*

City and state:     Cincinnati, Ohio              Richard W. Nagel, Clerk of Court
                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/6/2023 , and the person was arrested on *(date)* 12/7/2023 at *(city and state)* Cincinnati, OH .<br><br>Date: 12/7/2023              _(signature)_<br>                                                                *Arresting officer's signature*<br><br>                                                                Nathan Holbrook SA-FBI<br>                                                                *Printed name and title* |